IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARIO RODRIGUEZ,

    Plaintiff,

v.                                            CASE NO.  4:19cv191-RH-HTC

MARK S. INCH et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 51. No objections have been filed.

The report and recommendation concludes the complaint should be dismissed on any of three alternative grounds. This order adopts the report and recommendation on one of the three: the plaintiff's dishonesty about his prior lawsuits. As the cases cited in the report and recommendation—and many others—make clear, dismissal without prejudice is not too severe a sanction under these circumstances. If the requirement for prisoner plaintiffs to disclose their prior lawsuits is to serve its purpose, a plaintiff must provide accurate information. If word got around the prisons that inaccurate or incomplete information could be

provided with no effective sanction, the form would serve little purpose. And word does get around the prisons. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on June 7, 2020.

s/Robert L. Hinkle<br>
United States District Judge